FILED'08 AUG 14 14:39USDC-ORP

WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 94464
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

ANTHONY AMARAL,                                      CV # 07-554-MA

        Plaintiff,

vs.                                                  ORDER

COMMISSIONER of Social Security,

        Defendant.

_____

        Attorney fees in the amount of $6,590.00 are hereby awarded to Plaintiff's counsel, Tim

Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). The check shall be sent

to Tim Wilborn's address: P.O. Box 2768, Oregon City, OR 97045.

        DATED this _14_ day of _August_, 2008.

                                        _Malcolm F Marsh_
                                        United States District Judge

Submitted on August 5, 2008 by:

/s/ Tim Wilborn, OSB # 94464
(503) 632-1120
  Attorney for Plaintiff

ORDER - Page 1