IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ANTHONY AMARAL,

      Plaintiff,             CV-07-0554-MA

    v.                      SECOND
                                SUPPLEMENTAL
MICHAEL J. ASTRUE,          JUDGMENT
Commissioner of Social Security,

      Defendant.


    Based on the order filed herewith, attorney fees in the amount of $9,070.00 are awarded to plaintiff pursuant to 42 U.S.C. §406(b).  The agency is directed to subtract the amount previously awarded under the EAJA, $6,590.00, and send to plaintiff's attorney at P. O. Box 2768, Oregon City, OR 97045, the balance of $2,480.00 minus any user fee.  Any amount withheld (including the EAJA fee offset) after all administrative and court attorneys fees are paid should be released to the claimant.

    IT IS SO ORDERED.

    Dated this  _2___ day of December, 2010.


                        /s/  Malcolm F. Marsh
                      Malcolm F. Marsh
                      United States District Judge